## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RICHARD MICKMAN, | : | No. 3 MM 2022 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ELAINE MICKMAN, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 26th day of April, 2022, the "Petition for Review" is DENIED.